**FILED**

09/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0056

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 20-0056

DAGMARA MACH, on behalf of
herself and all others similarly situated,

      Plaintiff/Appellee,

v.

MONTANA HEALTH
COOPERATIVE d/b/a MONTANA
HEALTH CO-OP, and JOHN DOES 1-
5,

      Defendant/Appellant.

**ORDER GRANTING STAY
OF APPEAL**

Appellant, Defendant, Montana Health Cooperative has requested a stay of the appeal in this matter. There being no objection from Appellee, and for good cause appearing therefor,

IT IS HEREBY ORDERED that the proceedings in this case, including the deadline to file an Opening Brief, are stayed until further order by the Court.

IT IS FURTHER ORDERED that the parties shall file a status report within 60 days of entry of this Order, and subsequent status reports every 60 days thereafter, advising the Court as to the status of mediation efforts.

3033447

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 1 2020